```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
JAMES CARTER,

                Plaintiff,                    ORDER

         - against -                          22 Civ. 7466 (NRB)

RESOLUTE FOREST PRODUCTS INC.,
DUNCAN K. DAVIES, BRADLEY P.
MARTIN, RANDALL C. BENSON,
SUZANNE BLANCHET, JENNIFER C.
DOLAN, REMI G. LALONDE, ALAIN
RHÉAUME, and MICHAEL S.
ROUSSEAU,

                Defendants.

-------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

WHEREAS, the complaint was filed on August 31, 2022, and there has been no proof of service filed on the docket; and

WHEREAS, it has been reported in the press that the merger was completed on March 1, 2023;[1] it is hereby

ORDERED that the above-captioned action be, and hereby is, dismissed.

Dated:   New York, New York
         September 28, 2023

                                        _____
                                           NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE

---

[1] See https://www.prnewswire.com/news-releases/paper-excellence-welcomes-resolute-into-its-family-of-companies-301759524.html.